COLIN M. RUBICH
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Phone: (406) 247-4684
Fax: (406) 657-6989
Email: Colin.Rubich@usdoj.gov

FILED
JAN 22 2026
Clerk, US District Court
District of Montana - Billings

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERIKA GARCIA-VARGAS *aka Erika Garcia aka Erika Gonzalez,*<br><br>Defendant. | CR 26-01-BLG-WWM<br><br>INDICTMENT<br><br>CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE (Count 1)<br>Title 21 U.S.C. § 846<br>(Penalty: Mandatory minimum 10 years to life imprisonment, $10,000,000 fine, and at least five years of supervised release)<br><br>POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE (Count 2)<br>Title 21 U.S.C. § 841(a)(1)<br>Title 18 U.S.C. § 2<br>(Penalty: Mandatory minimum 10 years to life imprisonment, $10,000,000 fine, and at least five years of supervised release)<br><br>TITLE 21 PENALTIES MAY BE ENHANCED BY PRIOR DRUG-RELATED FELONY CONVICTIONS |
|---|---|

1

THE GRAND JURY CHARGES:

COUNT 1

Beginning in or about January 2024, and continuing until on or about November 12, 2024, at Billings and within Yellowstone County, in the State and District of Montana, and elsewhere, the defendant, ERIKA GARCIA-VARGAS *aka Erika Garcia aka Erika Gonzalez*, knowingly and unlawfully conspired and agreed with other persons, known and unknown to the Grand Jury, to possess with the intent to distribute, in violation of 21 U.S.C. § 841(a)(1), 500 grams or more a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

COUNT 2

Beginning in or about January 2024, and continuing until on or about November 12, 2024, at Billings and within Yellowstone County, in the State and District of Montana, and elsewhere, the defendant, ERIKA GARCIA-VARGAS *aka Erika Garcia aka Erika Gonzalez*, knowingly and unlawfully possessed, with the intent to distribute 500 grams or more of a substance containing a detectable

/ / /

/ / /

/ / /

amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), and aided and abetted the same, in violation of 18 U.S.C. § 2.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

_____
KURT G. ALME
United States Attorney

_____
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney